# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CARRASCO,<br><br>                       Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                       Respondent. | Case No.: 17cv2498<br><br>**ORDER: (1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 14]; and (2) DENYING PRIOR MOTION TO PROCEED IN FORMA PAUPERIS [ECF No. 12] AS MOOT** |

Petitioner, proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. Petitioner has $0.00 on account at the facility in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis [ECF No. 14], and allows Petitioner to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security. The Clerk of the Court will file the Petition for Writ of Habeas Corpus without prepayment of the filing fee. Because the Court is granting the motion to proceed in forma pauperis filed on January 17, 2018 [ECF No. 14], Petitioner's prior motion to proceed in forma pauperis, filed on January 4, 2018 [ECF No. 12], is **DENIED** as moot.

1
2   **IT IS SO ORDERED.**
3   Dated:  August 20, 2018

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge